# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAJA SHOUKAT,<br>　　　　　　　　　Plaintiff,<br>vs.<br>GOODLEAP, LLC,<br>TITAN SOLAR POWER INC.,<br>TITAN SOLAR POWER NJ, LLC,<br>SUNBEAM SOLAR LLC,<br>　　　　　　　　　Defendants. | CIVIL ACTION<br><br>NO. 2:23-cv-22603-JKS-MAH<br><br>**PLAINTIFF RAJA SHOUKAT'S NOTICE OF MOTION FOR DEFAULT JUDGMENT AS TO DEFENDANT SUNBEAM SOLAR LLC** |

TO:　SUNBEAM SOLAR, LLC
　　　c/o Registered Agents, Inc.
　　　Five Greentree Centre
　　　525 Route 73 North, Suite 104
　　　Marlton, NJ 08053

**PLEASE TAKE NOTICE** that on December 2, 2024 at 9:00 in the forenoon or thereafter, Plaintiff Raja Shoukat, through his counsel, pursuant to Federal Rule of Civil Procedure 55(b), shall apply to the above-named Court at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07102, for an Order granting Plaintiff's Motion for Default Judgment as to Defendant Sunbeam Solar LLC in the sum certain amount of $428,948.14, and for such other and further relief as the Court may deem just and proper;

**PLEASE TAKE FURTHER NOTICE** that in support of this application, Plaintiff has filed a Brief in Support and a proposed form of Order.

Date: <u>November 7, 2024</u>　　　　　　　　　*s/Jody T. López-Jacobs*
　　　　　　　　　　　　　　　　　　　　　　CARY L. FLITTER
　　　　　　　　　　　　　　　　　　　　　　ANDREW M. MILZ
　　　　　　　　　　　　　　　　　　　　　　JODY THOMAS LÓPEZ-JACOBS
　　　　　　　　　　　　　　　　　　　　　　EDWARD M. FLITTER

**FLITTER MILZ, P.C.**
1814 East Rt. 70, Suite 350
Cherry Hill, NJ 08003
Tel.: (856) 396-0600
Fax.: (833) 775-3450

**Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

I certify that on this day, a copy of the foregoing was served via U.S. mail upon the following:

SUNBEAM SOLAR, LLC
c/o Registered Agents, Inc.
Five Greentree Centre
525 Route 73 North, Suite 104
Marlton, NJ 08053

Dated: <u>November 7, 2024</u>

*s/Jody T. López-Jacobs*
JODY THOMAS LÓPEZ-JACOBS
**FLITTER MILZ, P.C.**
1814 East Rt 70, Suite 350
Cherry Hill, NJ 08003
Tel.: (856) 396-0600
Fax.: (833) 775-3450
jlopez-jacobs@consumerslaw.com

**Attorney for Plaintiff**