# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAJA SHOUKAT,<br><br>                *Plaintiff*,<br>v.<br><br>GOODLEAP, LLC,<br>TITAN SOLAR POWER INC.,<br>TITAN SOLAR POWER NJ, LLC,<br>SUNBEAM SOLAR LLC,<br><br>                *Defendant*. | Civil Action No. 23-22603<br><br>**ORDER**<br><br>April 23, 2025 |

**SEMPER**, District Judge.

This matter having come before the Court on Raja Shoukat's ("Plaintiff") unopposed Motion for Default Judgment against Sunbeam Solar, LLC ("Defendant") pursuant to Federal Rule of Civil Procedure ("Rule") 55(b)(2) (ECF 70), and the Court having considered the submissions of Plaintiff, for the reasons stated in this Court's Opinion dated April 23, 2025,

**IT IS** on this 23rd day of April 2025,

1. **ORDERED** that Plaintiff's Motion for Default Judgment (ECF 70) is **GRANTED**.

2. **ORDERED** that Plaintiff shall recover from Defendant Sunbeam Solar, LLC, $428,845.14 in damages.

3. **ORDERED** that Defendant shall remove the solar panels and other equipment that Defendant installed on Plaintiff's property within 30 days of the entry of this order, at cost to the Defendant.

4. If no additional motions are filed, the case will be closed on May 7, 2025.

                                                                             */s/ Jamel K. Semper*      
                                                                             **HON. JAMEL K. SEMPER**
                                                                             **United States District Judge**

Orig: Clerk
cc: Michael A. Hammer, U.S.M.J.
　　　Parties